## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Cheri Marie Hanson, as trustee for the next of kin of Andrew Derek Layton,<br><br>Plaintiff,<br><br>vs.<br><br>Daniel Best, Audrey Burgess, Craig Frericks, Kyley Groby, Matthew Huettl and Kenneth Baker, individually and acting in their official capacities as City of Mankato Department of Public Safety Police Officers; The City of Mankato; Gold Cross Ambulance, Michael Jason Burt, and Thomas John Drews,<br><br>Defendants. | Case No.: 15-CV-04578 (MJD/SER)<br><br><br><br><br>**AFFIDAVIT OF CRAIG FRERICKS** |

STATE OF MINNESOTA    )
                     )ss:
COUNTY OF BLUE EARTH )

Craig Frericks, first being duly sworn, under oath, deposes and states as follows:

1. I was personally served with a copy of the Summons and Complaint on or about March 10, 2016.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Craig Frericks

Subscribed and sworn to before me
this 11th day of April, 2017.

_____
Notary Public


TARA L. GRANAHAN
Notary Public-Minnesota
My Commission Expires Jan 31, 2021