# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Cheri Marie Hanson, as trustee for the next of kin of Andrew Derek Layton,<br><br>Plaintiff,<br><br>vs.<br><br>Daniel Best, Audrey Burgess, Craig Frericks, Kyley Groby, Matthew Huettl and Kenneth Baker, individually and acting in their official capacities as City of Mankato Department of Public Safety Police Officers; Gold Cross Ambulance, Michael Jason Burt, and Thomas John Drews,<br><br>Defendants. | Case No.: 15-CV-04578 (MJD/SER)<br><br><br><br><br>**AFFIDAVIT OF VICKI A. HRUBY** |

STATE OF MINNESOTA    )
                     )ss:
COUNTY OF WASHINGTON )

Vicki A. Hruby, being first duly sworn on oath, states as follows:

1.  I am one of the attorneys representing Defendant Officers Daniel Best, Audrey Burgess n/k/a Kranz, Craig Frericks, Kyley Groby n/k/a Lindholm, Matthew Huettl and Kenneth Baker in the above-captioned matter.

2.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition of Officer Daniel Best.

3.  Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Officer Kenneth Baker.

4.  Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition of Officer Kyley Groby n/k/a Kyley Lindholm.

5.  Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the deposition of Officer Matthew Huettl.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition of Christopher Ahl.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the deposition of Eric Klompenhower.

8. Attached hereto as Exhibit 7 is a true and correct copy of Officer Daniel Best's Squad Video. [Placeholder]

9. Attached hereto as Exhibit 8 is a true and correct copy of Samuel Banguara's cell phone video. [Placeholder]

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the deposition of Peter Johnston.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the deposition of Joan Devens.

12. Attached hereto as Exhibit 11 is a true and correct copy of Jeffrey Kirby's BCA statement.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the deposition of Officer Audrey Burgess n/k/a Audrey Kranz.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the deposition of Commander Craig Frericks.

15. Attached hereto as Exhibit 14 is a true and correct copy of the Taser Download.

16. Attached hereto as Exhibit 15 is a true and correct copy of Officer Audrey Burgess n/k/a Audrey Kranz's Report.

17. Attached hereto as Exhibit 16 is a true and correct copy of Officer Kenneth Baker's report.

18. Attached hereto as Exhibit 17 is a true and correct copy of Officer Matthew Huettl's report.

19. Attached hereto as Exhibit 18 is a true and correct copy of Officer Kyley Groby n/k/a Kyley Lindholm's report.

20. Attached hereto as Exhibit 19 is a true and correct copy of Commander Craig Frericks' report.

21. Attached hereto as Exhibit 20 is a true and correct copy of photograph of leg restraint exemplar.

22. Attached hereto as Exhibit 21 is a true and correct copy of photograph of spit mask exemplar.

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts of the deposition of Paramedic Michael Burt.

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts of the deposition of Paramedic Thomas Drews.

25. Attached hereto as Exhibit 24 is a true and correct copy of Gold Cross Run Report #69. [Filed Under Seal]

26. Attached hereto as Exhibit 25 is a true and correct copy of Kyley Groby n/k/a Kyley Lindholm's Squad Video. [Placeholder]

27. Attached hereto as Exhibit 26 is a true and correct copy of the Rule 30(b) deposition of Jeremy Clifton.

28. Attached hereto as Exhibit 27 is a true and correct copy of Michael Burt's BCA statement. [Filed Under Seal]

29. Attached hereto as Exhibit 28 is a true and correct copy of Thomas Drews' BCA statement. [Filed Under Seal]

30. Attached hereto as Exhibit 29 is a true and correct copy of Gold Cross Run Report #70. [Filed Under Seal]

31. Attached hereto as Exhibit 30 is a true and correct copy of the autopsy of Andrew Derek Layton. [Filed Under Seal]

32. Attached hereto as Exhibit 31 is a true and correct copy of Officer Daniel Best's Report.

33. Attached hereto as Exhibit 32 is a true and correct copy of Jail Surveillance. [Placeholder]

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Vicki Hruby*
Vicki A. Hruby

Subscribed and sworn to before me this 14th day of April, 2017,

*Marcia A. Evans*
Notary Public

[Notary seal: MARCIA A. EVANS, NOTARY PUBLIC - MINNESOTA, My Commission Expires Jan. 31, 2020]

4