UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cheri Marie Hanson, as trustee for the next of kin of Andrew Derek Layton,<br><br>Plaintiff,<br><br>vs.<br><br>Daniel Best, Audrey Burgess, Craig Frericks, Kyley Groby, Matthew Huettl and Kenneth Baker, individually and acting in their official capacities as City of Mankato Department of Public Safety Police Officers; Gold Cross Ambulance, Michael Jason Burt, and Thomas John Drews,<br><br>Defendants. | Case No.: 15-CV-04578 (MJD/SER)<br><br><br>STATEMENT REGARDING SEALED DOCUMENTS |

Defendants Daniel Best, Audrey Burgess n/k/a Kranz, Craig Frericks, Kyley Groby n/k/a Lindholm, Matthew Huettl and Kenneth Baker ("Defendant Officers") make this Statement in support of why the following Exhibits to the Affidavit of Vicki A. Hruby are filed as sealed:

Exhibit 24    Gold Cross Run Report No. 69

Exhibit 27    Michael Burt's BCA Statement

Exhibit 28    Thomas Drews' BCA Statement

Exhibit 29    Gold Cross Run Report No. 70

Exhibit 30    Autopsy of Andrew Derek Layton

2. Pursuant to the Protective Order [Doc. 33] in place, the above Confidential Exhibits discussing medical care provided to Andrew Layton have been filed as sealed.

Dated: April 14, 2017 **JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By: *s/Vicki A. Hruby*
Joseph E. Flynn (A.R. #0165712)
Pat J. Skoglund (A.R. #152729)
Vicki A. Hruby (A.R. #0391163)
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042-8624
Telephone: (651) 290-6500
Facsimile: (651) 223-5070
E-Mail:   jflynn@jlolaw.com
          pskoglund@jlolaw.com
          vhruby@jlolaw.com

*Attorneys for Defendants Best, Burgess, Frericks, Groby, Huettl, and Baker*