UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Cheri Marie Hanson, as trustee for the next of kin of Andrew Derek Layton, | Case No.: 15-CV-04578 (MJD/SER) |
| Plaintiff, | |
| vs. | |
| Daniel Best, Audrey Burgess, Craig Frericks, Kyley Groby, Matthew Huettl and Kenneth Baker, individually and acting in their official capacities as City of Mankato Department of Public Safety Police Officers; The City of Mankato; Gold Cross Ambulance, Michael Jason Burt, and Thomas John Drews, | AFFIDAVIT OF MATT HUETTL |
| Defendants. | |

---

STATE OF MINNESOTA )
)ss:
COUNTY OF BLUE EARTH )

Matt Huettl, first being duly sworn, under oath, deposes and states as follows:

1. I was personally served with a copy of the Summons and Complaint on March 14, 2016.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Matt Huettl

Subscribed and sworn to before me
this 11th day of April, 2017.

_____
Notary Public

BETH E. BOCK
Notary Public
State of Minnesota
My Commission Expires
January 31, 2020