# TIMELINE

## January 1, 2013

**Location: Hy-Vee, 410 S. Riverfront Drive, Mankato, MN 56001**

**Color Coded**

| Officer Best's Squad Car Video/Audio | Taser Activity Displayed |
|---|---|

| Hy-Vee Video |
|---|

| Time | Description of Selected Video and/or Selected Audio in Quotation Marks. |
|---|---|
| 4:44:29 | Police SUV enters Hy-Vee parking lot |
| 4:44:41 | Officer Best gets out of squad car |
| 4:44:50 | Officer Best enters doors, persons laughing in entry (believed to be Hy-Vee employees and cab driver, Chris Ahl), Officer Best says, "what seems to be the problem here?" laughing from persons in entry, officer Best says, "we are finding them all over the place" (referencing drunk people passed out sleeping?) |
| 4:45:03 | Officer Best appears to enter entry |
| 4:45:10 | Officer Best attempting to wake Layton up, "wake up" "come on police department" "wake up" |
| 4:45:19 | Sam Bangura (Hy-Vee employee) appears in entry with cell phone |
| 4:45:20 | Officer Best: "come on buddy wake up" "wake up buddy" "come on" "wake up" "come on" "wake up guy" |
| 4:45:37 | Officer Best: "hey come on wake up … police department" |
| 4:45:39 | Officer Best: "there ya go" … "there ya go" |
| 4:45:43 | Officer Best says something like "stay where you're at" |
| 4:45:45 | Officer Best: "hey knock it off" |
| 4:45:47 | Officer Best: "don't pull away" |
| 4:45:49 | Office Best takes Layton to the floor with leg or foot sweep maneuver. From this point in time on, Layton was kept on stomach, not on back, not on side, not kneeling, not standing, not sitting. |
| 4:45:55 | Muffled sounds from Layton, Officer Best says something about fighting into radio |
| 4:45:57 | A man (a Hy-Vee employee-black hooded sweatshirt?) walks near entry door, watches |
| 4:45:58 | Officer shouts command (inaudible) |

EX. Q

| | |
|---|---|
| 4:45:58 | Movement in entry |
| 4:46:00 | Office Best: "put your fucking hands behind your back" "put your hands behind your back" |
| 4:46:00 | Another man (believed to be a Hy-Vee employee) walks near entry doors, peers through window |
| 4:46:06 | Hy-Vee manager in white shirt gets down on floor – grunting noises and other incoherent sounds coming from Layton |
| 4:46:08 | Man opening door |
| 4:46:12 | Other man (black hooded sweatshirt) follows |
| 4:46:12 – 4:46:43 | Officer Best yelling: "Police department stop resisting" (inaudible moaning from Layton) Officer says "police department" a few times (still only moaning and groaning coming from Layton) |
| **USE OF TASER:** Burgess deployed Taser to drive stun Andrew twice in left thigh (unable to see on video – these times come from report in BCA report - these times slightly conflict with the times from the police squad video & audio where it appears Layton was tased closer to 4:47:43) | |
| 04:46:12 | Taser placed into "armed" status |
| 04:46:18 | Taser "deployed" for 2 seconds |
| 04:46:31 | Taser "deployed" for 2 seconds |
| 04:46:53 | Taser placed back in "safe" |
| 4:46:37 | Man (black hooded sweatshirt) walks away from door and takes out cell phone |
| 4:46:51 | Man in brown jacket (believed to be cab driver) gets on ground to assist officer Best |
| 4:47:00 | 2nd police car pulls into parking lot |
| 4:47:04 | 3rd police car pulls into parking lot |
| 4:47:09 | 4th police car pulls into parking lot |
| 4:47:13 | 2nd police officer enters Hy-Vee store |
| 4:47:15 | Hy-Vee employee seen activating door sensor standing in doorway |
| 4:47:16 | 5th police car pulls into parking lot |
| 4:47:20 | "quit fighting, quit fighting" |
| 4:47:21 | Female officer seen in entry |
| 4:47:27- 4:47:30 | "quit fighting", female officer: "get on the ground" |
| 4:47:33 | Female officer: "hands behind your back" |
| 4:47:37 | Female officer: "hands behind your back" (shouting) – Layton is only making loud moaning sounds |
| 4:47:38 | Female officer: "should I tase him?" |
| 4:47:39 | Cab driver (man in brown jacket man) is seen standing in doorway |
| 4:47:43 | Male officers: "drive stun him" |
| 4:47:43 | White SUV pulls into parking lot (believed to be another police officer) |

EX. Q

| | |
|---|---|
| 4:47:43 | Cab driver (brown jacket man) walks into store to do his sghopping, store employee standing watching from inside the store, door open |
| 4:47:46 | Female officer: "hands behind your back" |
| 4:47:50 | Person goes and speaks to person in white SUV |
| 4:47:51 | Male officer: "stop it" (lots of continuous loud moaning from Layton) |
| 4:47:54 | Female officer: "stop fighting" |
| 4:47:55 | Employee holding phone up to door |
| 4:48:00 | Inaudible talking (continuous load moaning from Layton) |
| 4:48:13 | Male officer: "knock it off" … "you're starting to piss me off" |
| 4:48:13 | Employee puts phone down and walks away |
| 4:48:28 | Male officer: "you got it?" as he gets up "yea I'm out of gas" |
| 4:48:30 | Cab driver (brown jacket man) seen inside store, like walking away from near doors or entry |
| 4:48:37 – 4:48:43 | Male officer: "I'm going to back off a little bit" "knock it off" (Layton still moaning loudly …. No comprehensible speech), female officer: "stop it" |
| 4:48:46 | Male officer says something about "my fucking knee" |
| 4:48:59 | Inaudible talking, a person is heard saying "this takes the fun out of new year's I tell ya" "I know" "Jesus Christ" |
| 4:49:23 | Still loud moaning from Layton, inaudible talking |
| 4:49:28 | "quit fighting" … "relax" … "relax" … "relax" |
| 4:49:43 | Dark colored car enters parking lot (but loops around and exits) |
| 4:50:09 | Female officer walking into entry from outside |
| 4:50:31 | Talking (inaudible)… officer: "god dam it don't kick…" |
| 4:50:38 | Wrestling noises, loud breathing |
| 4:51:15 | Officer says something about fucking around with handcuffs |
| 4:51:39 | Officer: "k Andrew Stop it" |
| 4:51:54 | (still loud moaning from Layton) – an officer says something about when he does that sit on his legs |
| 4:52:28 | "hey stop it" |
| 4:52:31 | "Andrew turn around" |
| 4:52:49 – 4:52:58 | "Andrew relax" ...talking voices (inaudible) "relax man" (Layton moaning loudly) |
| 4:52:55 | Black and gray striped shirt person checking out at cashier – this is cab driver (brown jacket is just off at this time) |
| 4:53:03 – 4:53:10 | Officer says something about keeping that there<br>"grab … until there is no more slack" (possibly getting hog tie restraints on)<br>Officer says something like do the handcuff to handcuff ... "keep going" |

EX. Q

| | |
|---|---|
| 4:53:21 | Officer says something like, now get this one…there ya go (Layton still screaming/moaning very loud) |
| 4:53:59 | Officer Best: "you see why I called for help" |
| 4:54:01 | Officer: says something like …probably die (?) if …gets up I'm done |
| 4:54:04-08 | Officer: "he's on meth" Another officer: "you think so" |
| 4:54:17 | Person appears to exit store and walk through parking lot |
| 4:54:18-28 | Officer appears to be on radio: "I've got a …(noncompliant???) individual" "he's methed out" |
| 4:54:37 | Talking: "one arm around him" "doing everything could to get cuffing him" |
| 4:54:43 | More talking (appears to be explaining experience) "just sit on him, ya know" |
| 4:54:46-4:55:16 | Officer Best said, "Getting burst of energy out of him first, then we're going to bring him out to jail" "We got him hog-tied now" "he was strong I ran out of gas pretty fast" …talking…"except for my hair gets messed up" … "still looking good" "thanks bud I needed that" |
| 4:55:17 – 4:56:01 | Officer Best: "Hey Chris [believed to be referring to cab driver, Chris Ahl] he's all fucking methed out" "oh he is" … "thanks for your help man" … "…no problem didn't want to get involved unless…" "you did the right thing man because …because if he would of got up and went after me which is what he started to do it…don't know if you saw I foot swept on there took him down…" "I thought he was just drunk" "so did I" "he's methed out he was crashing" …talking, laughs… "I fucking nailed my knee in there…that's going to hurt later" |
| 4:55:58 | Person from parking lot walks back towards store |
| 4:56:18-28 | Officer: "take a second and calm down" "oh I'm calm I'm just out of breath" …talking about how he was just about to go let his dog out… |
| 4:56:28-51 | "he's a strong fucker" "oh man that hurt" "…of course …I'm …up against the…" "he kicked me three times…in between the carts and…" "don't know if I got boot by…" "I wish …wouldn't kick me because I'm a pretty nice guy" …"is this mine… thanks for help…." |
| 4:56:33 | Person walking up to and around white SUV |
| 4:58:16 | Person walking in parking lot |
| 4:56:57 | Sounds like officer walks back into store, can hear Layton still moaning loudly, some talking from officers (inaudible) |
| 4:57:30-39 | Dispatch: "3102 [commander Frericks] what are his injuries?" Response: [related to a ground ambulance]"we're going to need them more for transport than for injuries" Dispatch: "copy thank you" |
| 4:57:47-4:58:20 | Officer near his squad car, drinking water, …talking with dispatch (not sure what their saying ??) |
| 4:58:25-47 | Officer walked into store: "you alright?" ...talking occurs (inaudible)… "started clenching and shoving…I tried to tell him police…my god…" "… My foot[?] Dropped him… in the fucking…arms…[?] … female officer asked something and says |

EX. Q

| | |
|---|---|
| | then you should go outside and…(inaudible) (officer walks outside to squad car) |
| 4:58:51 | New man walks into store [4:58:33: this man is seen walking towards store on squad video] |
| 4:58:56-4:59:05 | Dispatch: "3102 are you thinking of coming to jail with him or do you need to go to hospital?" Reply: "we're going to jail" |
| 4:59:14-37 | Officer walks back into entry of store from squad car, "I got it Audrey" (Layton still moaning, no comprehendible speech from Layton)…inaudible talking inside entry |
| 4:59:52 | Big white van pulls up (irrelevant) |
| 5:00:07-14 | Officers: "Is that Andrew Underdahl, no Layton" "…he's got the warrant out of Florida…extradite…"(still moaning loudly) |
| 5:00:43 | Man loading something into white van (irrelevant) |
| 5:00:51-5:01:02 | Officer Best: "dude that was a fighting…I figured you know what I've got him pinned I'm just going to keep him here I'm not doing any control…" "was that covered over the radio?"… |
| 5:01:20-36 | Officer Best: "I'll go in the ambulance" … "I'll park the squad" (*squad audio & video ends at 5:02:28* when Best parks the squad car) |
| 5:02:18 | Officer Best (1st police car on scene) moves squad car |
| 5:03:08 | Cab driver (brown jacket man) is seen near entry with red grocery basket |
| 5:03:21 | Another squad car moved car to another spot in parking lot |
| 5:05:54 | Gold Cross ALS Ground Ambulance enters Hy-Vee parking lot |
| 5:06:09 | Ambulance stops in front of door |
| 5:06:32 | Big white van departs (irrelevant) |
| 5:06:48 | Employee with black hooded sweatshirt seen up front near doors along with cab driver w/ grocery basket |
| 5:07:24 | Van cab moves through parking lot then stops |
| 5:10:34 | Cab driver (brown jacket man) leaves store with grocery bag |
| 5:11:06 | Cab driver gets into the passenger seat of cab van, cab then leaves [no idea who is driving the van cab…kind of odd] |
| 5:12:47 | White SUV starts to leave |
| **5:12:53** | **Gold Cross Ambulance starts to leave along with another squad car** |
| 5:13:17 | Two other police vehicles leave |
| | |

EX. Q

# BLUE EARTH COUNTY JAIL INTAKE GARAGE VIDEO TIMELINE

**Location: Blue Earth County Jail Intake Sally Port/Pre-Booking Area**
**Date:** January 1, 2013

| Time | Description |
|---|---|
| 05:21:11 | Garage to sally port is opened |
| 05:21:20 | Officer walking through sally port |
| 05:21:30 | Ambulance pulling up (on the outside of garage) |
| 05:21:41 | Ambulance entering garage |
| 05:21:48 | Ambulance comes to a stop in garage |
| 05:21:54 | Paramedic (one wearing hat – paramedic Drews) gets out of driver seat |
| 05:21:55 | Side sliding door of ambulance opening |
| 05:21:57 | Officer jumps out of side ambulance door |
| 05:22:00 | Another officer follows out from side door of ambulance |
| 5:22:04 | Officer who was already present in garage walks towards ambulance |
| 5:22:06 | Back of ambulance is being opened |
| 5:22:09 | Female officer enters sally port, walks towards ambulance |
| 5:22:11 | The other paramedic (Burt) steps out from back of ambulance |
| 5:22:22 | Another female officer enters sally port |
| 5:22:25 | Layton taken out of ambulance by the 2 paramedics - Layton is in prone restraint on stretcher. |
| 5:22:42 | Begin to wheel Layton toward pre-booking area |
| 5:22:51 | Paramedics stop stretcher briefly?) |
| 5:23:04 | Start wheeling Layton again |
| 5:23:06 | Three Blue Earth County deputies walk into pre-booking area |
| 5:23:14 | Paramedics and officers wheeling ambulance stretcher with Layton still in prone restraint into the pre-booking area |
| 5:23:20 | Layton / stretcher is stopped in pre-booking area |
| 5:23:24 | It looks like the paramedic (the one wearing a hat-Drews) is checking for a pulse – no pulse… |
| 5:23:26 | About 10 individuals described above are present in pre-booking area |
| 5:23:54 | Paramedic takes hand off Layton from checking for any pulse |
| 5:23:58 | Everyone starts to move, one officer has flashlight near Layton's head |
| 5:24:05 | Looks like restraints near feet are being fidgeted with |

EX. Q

| | |
|---|---|
| 5:24:14 | The ambulance stretcher is lowered |
| 5:24:20 | View is mostly blocked but appears that restraints are being removed |
| 5:24:43 | Another deputy enters pre-booking area |
| 5:24:45 | Layton's hands are freed from restraints behind his back |
| 5:24:46 | Paramedic (Drews) appears to be by Layton's head with hand(s) on Layton… |
| 5:24:59 | Paramedic (Burt), standing near Layton's feet, starts to take off his jacket, other paramedic still near Layton's head with hand(s) on Layton |
| 5:25:07 | Layton is taken off the stretcher and placed on his back on the floor; Layton was kept by defendants in prolonged or extended, maximum, prone restraint positions (on stomach) under defendant officers' control from approximately 4:55:00 when hog-tied at Hy-Vee store to 5:25:07 when placed on his back at the BEC jail – over thirty minutes. |
| 5:25:11 | Layton floor – his legs still hobble strapped together; 2 of the deputies run to side of room and others scramble to try and make space; Transport hood is still over Layton's mouth and nose |
| 5:25:16 | Paramedic removed Layton's shirt |
| 5:25:18 | Paramedic (Burt) starts chest compressions |
| 5:25:22 | Paramedic (Drews) starts to run to ambulance in garage (along with a male officer and a female officer) |
| 5:25:33 | Transport hood removed from covering Layton's mouth and nose; 5:25:38 Gear from ambulance taken |
| 5:25:48 | Gear from ambulance arrives to pre-booking area (chest compressions have not stopped); Paramedic Drews arrives with AED? |
| 5:26:05 | One officer starts to touch Layton's right arm (removing something?) |
| 5:26:25 | Paramedic stops chest compressions, other paramedic took gear towards Layton's head |
| 5:26:30 | Paramedic (Burt) starts to cut sleeve, take jacket off of Layton's left arm |
| 5:26:32 | Paramedic (Drews) places clear sticky on Layton's chest (hooked up to medical device - AED?) |
| 5:25:43 | Officer near Layton's feet making movement (adjusting feet – leg restraints still on and taking them off?) |
| 5:26:48 | Paramedic (Drews) begins chest compressions |
| 5:26:53 | Other paramedic starts handling medical device/machine |
| 5:26:57 | Chest compressions momentarily stop |
| 5:27:00 | "Hands Off" 1st use of AED – No "shock effect" seen on video; 5:27:04 Chest compressions resume (other paramedic still on machine) |
| 5:27:09 | 2nd use of AED? – No "shock effect" seen on video; Chest compressions stopped, hands off |
| 5:27:12 | Chest compressions resume |
| 5:28:06 | Chest compressions stop and an officer takes over |
| 5:28:09 | Chest compressions resumed by police officer (activity around medical gear) |
| 5:28:12-37 | Paramedic (Drews) grabs from gear (appears to be oxygen tank) |

EX. Q

| | |
|---|---|
| 5:28:53 | Paramedic near Layton's head with tank and plastic bag type item to appears to be mouth |
| 5:29:35 | Chest compressions stop |
| 5:29:42 | Chest compressions resume |
| 5:29:55 | Paramedic (Burt) looks like he starts to get an IV going in Layton's left arm (had been preparing IV bag shortly prior to this) |
| 5:29:57 | Second ambulance pulls up on outside of intake garage |
| 5:29:58 | Chest compressions momentarily stop but then resumes very briefly and stops again |
| 5:30:10 | Second ambulance entering intake garage |
| 5:30:13 | Passenger of second ambulance exits vehicle (motions driver of ambulance to re-park) |
| 5:30:19 | Chest compressions resume (still by officer) – appears IV being worked out |
| 5:30:40 | 2 paramedics from 2nd ambulance enter pre-booking area |
| 5:30:48 | Chest compressions stopped, resumed at 5:30:56 |
| 5:31:07 | New paramedic takes over chest compressions |
| 5:32:01 | Chest compressions stop |
| 5:32:07 | CPR resumes |
| 5:32:26 | CPR stops |
| 5:32:41 | CPR resumes |
| 5:32:58 | CPR stops (at this point, air supply near head still there and female officer still holding IV bag) |
| 5:33:12 | CPR resumes |
| 5:33:44 | CPR stops and at 5:34:08 CPR resumes |
| 5:34:16 | CPR …stops, hands all off… 3rd application / use of AED? "Shock" reaction or effect is seen on video… pause… CPR resumes…this goes on for a while (CPR/pauses)… |
| 5:36:55 | 4th use of AED? "Shock reaction" is seen / observed on video… |
| 5:37:12 | (Chest compressions still going on) paramedic and officer head to garage |
| 5:37:43 | Paramedic brings back a medical bag…(CPR still going on) |
| 5:38:27 | CPR stops |
| 5:38:44 | CPR resumes (switching persons) |
| 5:39:34 | Stretcher being taken out of ambulance |
| 5:39:52 | Officer brings stretcher into pre-booking area and sets against wall |
| 5:40:03 | Paramedic brings medical device from ambulance into pre-booking area (CPR still going on) |
| 5:40:34 | The medical device being used around Layton's head (CPR stopped) |
| 5:40:49 | Device in place, CPR resumes |
| 5:41:03 | Layton |

EX. Q

| | |
|---|---|
| 5:41:44 | Stretcher laid next to Layton…persons moving around looks like getting ready to move Layton |
| 5:42:27 | CPR stops, everyone holds still (listening for breathing?) |
| 5:42:43 | CPR resumes |
| 5:44:24 | CPR stops |
| 5:44:37 | Stretcher placed underneath Layton …securing Layton (CPR resumes at 3:45:00) |
| 5:46:17 | CPR stops and Layton is lifted (stretcher) onto the rolling gurney then CPR resumes (stops at 5:46:26) |
| 5:46:44 | Device placed around Layton's arm |
| 5:47:17 | Medical gear all hooked up, starting to roll Layton out to ambulance |
| 5:47:37 | Layton lifted into the 1st ambulance (while medical gear being packed up from pre-booking area) |
| 5:48:18 | Ambulance lights activated |
| **5:48:26** | Ambulance leaving BEC garage to take Layton's body to Hospital |
| 5:51:23 | 2nd Ambulance containing a couple of officers and apparently one (maybe 2) paramedic(s) leaves BEC sally port / garage area |

EX. Q