# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-3821

Cheri Marie Hanson, as trustee for the next of kin of Andrew Derek Layton

Appellee

v.

Daniel Best, et al.

Appellants

Gold Cross Ambulance, et al.

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:15-cv-04578-MJD)
_____

**MANDATE**

In accordance with the opinion and judgment of 02/08/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 28, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit