# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# SETTLEMENT CONFERENCE

| | |
|---|---|
| Cheri Marie Hanson,<br>*as trustee for the next of kin*<br>*of Andrew Derek Layton*,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Gold Cross Ambulance,<br>Michael Jason Burt, and<br>Thomas John Drews,<br><br>　　　　　　　Defendants. | **COURT MINUTES**<br>BEFORE: Steven E. Rau<br>　　　Magistrate Judge<br><br>Case No.: 15cv4578 (MJD/SER)<br>Dated: June 11, 2019<br>Courtroom: 3A<br>Court Reporter: recorded<br>Time Commenced: 10:30 a.m.<br>Time Concluded: 4:17 p.m.<br>Time in Court: 5 hours 47 minutes |

**APPEARANCES:**
For Plaintiff: Bryce M. Miller, James R. Behrenbrinker
For Defendant: Meghan L. DesLauriers

**PROCEEDINGS:**
Settlement Conference held. Settlement reached. Terms stated on the record.

　　Any transcript of the terms of settlement is Confidential and shall be **SEALED**, with access being allowed only to the parties and their counsel as follows:

The parties should bring any dispute about minor terms of the settlement to the Court for resolution.

　　　　　　　　　　　　　　　　　　　　　　*s/Melissa M. Erstad*
　　　　　　　　　　　　　　　　　　　　　　**Signature of Courtroom Deputy**