UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cheri Marie Hanson, as trustee for the next of kin of Andrew Layton,<br><br>                     Plaintiff,<br>vs.<br><br>Gold Cross Ambulance Service, Michael Jason Burt and Thomas John Drews.<br><br>                     Defendants. | Civil No. 0:15-cv-04578-MJD-SER<br><br>**MOTION FOR APPROVAL OF VERIFIED PETITION FOR DISTRIBUTION OF MONEY RECOVERED** |

Plaintiff Cheri Marie Hanson hereby moves the Court for approval of the Verified Petition for Distribution of Money Recovered under Minn. Stat. § 573.02.  Defendants do not oppose the motion.

The Motion will be based upon all of the files, records, and proceedings herein.

Dated:  07/29/2019

**BEHRENBRINKER LAW**

/s/ *James R. Behrenbrinker*

James R. Behrenbrinker
*Attorney at Law*
(MN Bar No. 186739)
400 South 4th Street, Suite 202
Minneapolis, MN 55415
612-294-2605 (firm direct line)
612-419-8400 (mobile)
612-294-2640 (FAX)
JBehrenbrinker@comcast.net

2

**COLLINS, BUCKLEY, SAUNTRY
 & HAUGH, PLLP**
Bryce M. Miller (MN Bar No. 386901)
332 Minnesota Street, Suite W1100
Saint Paul, MN 55101
651-888-6223
651-227-0358 (FAX)
bmiller@cbsh.net

**ATTORNEYS FOR THE PLAINTIFF**

2