UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cheri Marie Hanson, as trustee for the next of kin of Andrew Layton, | Civil No. 0:15-cv-04578-MJD-SER |
| Plaintiff, | |
| vs. | **NOTICE OF HEARING** |
| Gold Cross Ambulance Service, Michael Jason Burt and Thomas John Drews. | |
| Defendants. | |

TO: *Defendants Gold Cross Ambulance Service, Michael Jason Burt and Thomas John Drews, through their attorneys Meghan Deslauriers, Dorsey and Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402*.

**PLEASE TAKE NOTICE** that Plaintiff Cheri Marie Hanson will bring a Motion before the Court, the Honorable Michael J. Davis, on _____, 2019 at _____ _.m. in the Minneapolis courthouse.

Dated: 07/29/2019

**BEHRENBRINKER LAW**

/s/ *James R. Behrenbrinker*

James R. Behrenbrinker
***Attorney at Law***
(MN Bar No. 186739)
400 South 4th Street, Suite 202
Minneapolis, MN 55415
612-294-2605 (firm direct line)
612-419-8400 (mobile)

612-294-2640 (FAX)
JBehrenbrinker@comcast.net

**COLLINS, BUCKLEY, SAUNTRY  
& HAUGH, PLLP**  
Bryce M. Miller (MN Bar No. 386901)  
332 Minnesota Street, Suite W1100  
Saint Paul, MN 55101  
651-888-6223  
651-227-0358 (FAX)  
bmiller@cbsh.net

**ATTORNEYS FOR THE PLAINTIFF**