UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Cheri Marie Hanson, as trustee for the next of kin of Andrew Layton,<br><br>Plaintiff,<br><br>vs.<br><br>Gold Cross Ambulance Service, Michael Jason Burt and Thomas John Drews.<br><br>Defendants. | Civil No. 0:15-cv-04578-MJD-SER<br><br>**PLAINTIFF'S STATEMENT INSTEAD OF REDACTED DOCUMENT** |

---

Pursuant to Local Rules 5.6, the Verified Petition for Distribution of Monies Recovered Under Minnesota Statute § 573.02 (ECF No. 128) has been filed under seal because the entire document contains information that Plaintiff Cheri Marie Hanson maintains as confidential and redaction would be impracticable.

Dated: 07/29/2019

**BEHRENBRINKER LAW**

/s/ *James R. Behrenbrinker*

James R. Behrenbrinker
***Attorney at Law***
(MN Bar No. 186739)
400 South 4th Street, Suite 202
Minneapolis, MN 55415
612-294-2605 (firm direct line)
612-419-8400 (mobile)

**COLLINS, BUCKLEY, SAUNTRY & HAUGH, PLLP**
Bryce M. Miller (MN Bar No. 386901)
332 Minnesota Street, Suite W1100
St. Paul, MN 55101
651-888-6223
651-227-0358 (FAX)
bmiller@cbsh.net

**ATTORNEYS FOR THE PLAINTIFF**