UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Cheri Marie Hanson, as trustee for the next of
kin of Andrew Layton,

      Plaintiff,

vs.

Gold Cross Ambulance Service, Michael
Jason Burt and Thomas John Drews.

      Defendants.

Civil No. 0:15-cv-04578-MJD-SER

**SECOND AMENDED
NOTICE OF HEARING**

---

TO: *Defendants Gold Cross Ambulance Service, Michael Jason Burt and Thomas John Drews, through their attorneys Meghan Deslauriers, Dorsey and Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402.*

  **PLEASE TAKE NOTICE** that Plaintiff Cheri Marie Hanson will bring a Motion before

the Court, the Honorable Michael J. Davis, on <u>August 7, 2019 at 10:00 a.m</u>. in the United States

Courthouse, 300 South Fourth Street, Courtroom #13E, Minneapolis, MN 55415.

Dated: August 1, 2019

**BEHRENBRINKER LAW**

<u>*/s/ James Behrenbrinker*</u>
**JAMES R. BEHRENBRINKER**
***Attorney at Law***
(MN Bar No. 186739)
400 South 4th Street, Suite 202
Minneapolis, MN 55415
612-294-2605 (firm direct line)
612-419-8400 (mobile)
612-294-2640 (FAX)
JBehrenbrinker@comcast.net

**COLLINS, BUCKLEY, SAUNTRY & HAUGH, PLLP**
Bryce M. Miller (MN Bar No. 386901)
332 Minnesota Street, Suite W1100
Saint Paul, MN 55101
651-888-6223
651-227-0358 (FAX)
bmiller@cbsh.net

**ATTORNEYS FOR THE PLAINTIFF**