UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cheri Marie Hanson, as trustee for the next of kin of Andrew Layton,<br><br>Plaintiff,<br><br>vs.<br><br>Gold Cross Ambulance Service, Michael Jason Burt and Thomas John Drews.<br><br>Defendants. | Civil No. 0:15-cv-04578-MJD-SER<br><br>**ORDER APPROVING VERIFIED PETITION FOR DISTRIBUTION OF MONEY RECOVERED** |

Having considered Plaintiff's Motion for Approval of Verified Petition for Distribution of money recovered [Doc. No. 126], and finding good cause, the Court orders that the sealed exhibit [Doc. No. 128] is hereby granted.

**SO ORDERED.**

Dated: August 7, 2019

s/ Michael J. Davis
Michael J. Davis
United States District Court